IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAMMARO D. PERKINS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                                No.10-104-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Petitioner's Motion for Leave to File Traverse to the Government's Response and Extension of Time (Doc. 8). Specifically, Petitioner seeks leave and an additional thirty (30) days in which to file a reply to the Government's response to his § 2255 petition. Based on the reasons in the motion, the Court **GRANTS** Petitioner's motion for leave to file (Doc. 8). Petitioner will have up to and including **September 20, 2010** in which to file his reply.

**IT IS SO ORDERED.**

Signed this 20th day of August, 2010.

/s/     David R Herndon
**Chief Judge**
**United States District Court**